UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:


STEVEN BELL

                              Chapter 13
                              Case No.: 13-43566
       Debtor.                  AFFIRMATION RE POST PETITION
                              PAYMENTS
-------------------------------------------------------X
TO:    HON. NANCY HERSHEY LORD
         UNITED STATES BANKRUPTCY JUDGE

        Robert Nadel, an attorney duly admitted to practice before this Court, affirms as follows:


        1.       Debtor filed a chapter 13 Bankruptcy petition on June 11, 2013.

        2.       On August 13, 2013, the Debtor forwarded to me proof that he is current with his post petition mortgage payments in the form of bank statements, which are attached hereto as exhibit A.

     Dated:  August 14, 2013
                Brooklyn, New York

                                         ROSENBERG MUSSO WEINER
                                       Attorneys for the Debtor

                                       */s/   Robert Nadel*
                                       By: ROBERT NADEL
                                       26 Court Street, Ste 2211
                                       Brooklyn, NY 11242
                                       718-855-6840