## FASTRACK CHECKING  02   (continued)

| Date | Transaction | Withdrawal | Deposit | Balance |
|------|-------------|-----------:|--------:|--------:|
| | A1A00611 | | | |
| Jul 10 | Check Cleared - 000229 | -30.00 | | 3,627.88 |
| Jul 10 | Check Cleared - 000230 | -30.00 | | 3,597.88 |
| Jul 15 | Check Cleared - 000228 | -2,849.90 | | 747.98 |
| Jul 21 | Withdrawal - POS #058423 | -25.00 | | 722.98 |
| | POS LANEBRYANT#6412 1004 FLATBUSH AVE | | | |
| | BROOKLYN NY | | | |
| Jul 24 | Withdrawal - ATM Fee | -0.50 | | 722.48 |
| | ATM INQ BANK OF AMERICA *PARK SLOPE - 7TH | | | |
| | AVE BROOKLYN NY | | | |
| Jul 24 | Withdrawal - ATM - #017803 | -103.00 | | 619.48 |
| | ATM BANK OF AMERICA *PARK SLOPE - 7TH AVE | | | |
| | BROOKLYN NY | | | |
| Jul 24 | Withdrawal - ATM Fee | -1.50 | | 617.98 |
| | ATM BANK OF AMERICA *PARK SLOPE - 7TH AVE | | | |
| | BROOKLYN NY | | | |
| Jul 26 | Withdrawal - Adjustment VISA - 70004020 | | 442.40 | 1,060.38 |
| | 07/24 41340************6632 PRINCESS CRUISES PVALENCI VALENCIA CA | | | |
| Jul 26 | Withdrawal - POS #991787 | -39.00 | | 1,021.38 |
| | POS NAME BRAND FOR LESS 226 CHURCH AVE | | | |
| | BROOKLYN NY | | | |
| Jul 30 | Deposit - ACH - NYCERS | | 2,738.64 | 3,760.02 |
| | TYPE: PPMS PAY ID: 9096468504 CO: NYCERS | | | |
| | ACH Trace Number: 021000026340825 | | | |
| Jul 30 | Withdrawal - POS #735001 | -61.61 | | 3,698.41 |
| | POS SOU THE HOME DEPOT 530433 550 HAMILTON | | | |
| | AVENUE BROOKLYN NY | | | |
| **Jul 31** | **New Balance** | | | **3,698.41** |

_____ CHECKS CLEARED _____

| Number ......... | Amount | Number ......... | Amount | Number ......... | Amount | Number ......... | Amount |
|--------|-------:|--------|-------:|--------|-------:|--------|-------:|
| ☐ 000228 | 2849.90 | ☐ 000229 | 30.00 | ☐ 000230 | 30.00 | | |

## PFP AMERICAN GEN. LIFE INS.  24

| Date | Transaction | Withdrawal | Deposit | Balance |
|------|-------------|-----------:|--------:|--------:|
| Jul 01 | **Previous Balance** | | | 0.00 |
| | No Activity | | | |
| Jul 31 | **New Balance** | | | 0.00 |
| | _Dividends Year to Date    0.00_ | | | |

## YEAR TO DATE TOTALS

Total Dividends Year to Date                    0.00