tmd3574/kp

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X          Chapter 13
IN RE:

                                      Case No. 1-13-43566-NHL

STEVEN BELL
*aka* Steven Bell, Sr.,

                               Debtor.

-------------------------------------------------------X
ORDER CONFIRMING PLAN

       The Amended Chapter 13 Plan of Steven Bell (the "Debtor"), dated August 9, 2013 (the "Plan") or a summary thereof, having been transmitted to all creditors; and the deposit required by the Plan and 11 U.S.C. Section 1326 having been made to the Trustee; and it having been determined after notice and a hearing on confirmation held on August 14, 2013, at which appeared Chapter 13 Trustee Marianne DeRosa, Esq. and Robert Nadel, Esq. Counsel for Debtor, that the Plan complied with the provisions of 11 U.S.C. Section 1325 and with other applicable provisions of this title; and no objections to confirmation having been filed;

       IT IS ORDERED, that:

       1. The Debtor's Plan filed with the Clerk's Office on August 12, 2013 as docket number 12 is hereby confirmed.

       2. The percentage stated in the Plan for payments to unsecured creditors shall be paid to all unsecured creditors provided all proofs of claim are timely filed and allowed. If all proofs of claim are not filed as scheduled, the unsecured creditors who have filed claims shall be paid pro rata, but in no event shall they receive more than one hundred (100%) percent of their claim as filed.

       3. Immediately after the entry of this Order and every month thereafter, the Debtor shall pay to the Trustee Marianne DeRosa, by bank check, certified check or money order, at P.O. Box 2178, Memphis, TN 38101-2178 all sums as required in the Plan.

       4. The Court shall retain jurisdiction over the Debtor's real property pursuant to 11 U.S.C. Section 1327. By virtue thereof, the Debtor shall not sell, encumber or hypothecate said real property without prior written approval of this Court.

       5. Throughout the term of the Plan, the Debtor is enjoined from incurring post-petition debt over $1,500.00 without prior written consent of the Chapter 13 Trustee or this Court.



**Dated: August 27, 2013**
       **Brooklyn, New York**

                                          **Nancy Hershey Lord**
                           **United States Bankruptcy Judge**