# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

IN RE:  CASE NO.: 13-43566-nhl
CHAPTER 13

Steven Bell
aka Steven Bell, Sr,

Debtor.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-1 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 18, Notice of Change of Payment Address , filed on July 14, 2016.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2016, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via

CM/ECF or United States Mail to the following parties:

ROSENBERG MUSSO & WEINER LLP
26 COURT STREET, SUITE 2211
BROOKLYN, NY  11242

STEVEN BELL
AKA STEVEN BELL, SR
303 MARLBOROUGH ROAD
BROOKLYN, NY  11226

MARIANNE DEROSA
STANDING CHAPTER 13 TRUSTEE
125 JERICHO TPKE SUITE 105
JERICHO, NY  11753

OFFICE OF THE UNITED STATES TRUSTEE

EASTERN DISTRICT OF NY (BROOKLYN OFFICE)
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

        By: /s/ Elizabeth L. Doyaga
           Elizabeth L. Doyaga, Esquire
           Email: erubino@rasflaw.com