UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
==================================X
IN RE:

STEVEN BELL
A/K/A STEVEN BELL, SR.

                                                                 Chapter 13

                                                         Case No. 113-43566-NHL

                             Debtor.
==================================X

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION
## OF PAYMENTS UNDER THE PLAN

      Pursuant to Federal Bankruptcy Rule 3002.1(f), the trustee gives notice that the debtor has paid in full the amount require to cure any default on the claim referenced below.

Primary Residence Property Address:
| 303 MARLBOROUGH ROAD BROOKLYN, NY 11226 |
|---|

Name of Creditor:
| OCWEN LOAN SERVICING, LLC |
|---|

Last four digits or any number used to identify the debtor(s) account:
| 3519 |
|---|

Amount of Allowed Pre Petition Arrearage:
| $51,997.00 |
|---|

Monthly Ongoing Mortgage Payment is Paid:

| Directly by Debtors | Thru the Chapter 13 Plan | NONE |
|---|---|---|

      Within 21 days after service of this notice, the holder of said claim shall file and serve on the debtor, debtors' counsel and the trustee, a statement indicating:

      (1) Whether it agrees that the debtor has paid in full the amount required to cure the default on the claim; <u>and</u>
      (2) Whether the debtor is otherwise current on all payments consistent with Section 1322(b)(5) of Title 11.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder of the claim contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim.

Dated:   April 20, 2018
       Jericho, New York                            Marianne DeRosa, Chapter 13 Trustee
                                                     125 Jericho Turnpike, Suite 105
                                                     Jericho, New York 11753
                                                     (516) 622-1340

Case 1-13-43566-nhl    Doc 23    Filed 04/20/18    Entered 04/20/18 15:06:50

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X        Case No: 113-43566-NHL
IN RE:

STEVEN BELL
A/K/A STEVEN BELL, SR.

                                                  CERTIFICATE OF SERVICE
                                                       BY MAIL
                             Debtor(s).
-----------------------------------------------------------X

              This is to certify that I, Matthew R. Matz, have this day served a true, accurate and correct copy of the within Notice of Final Cure Payment and Completion of Payments Under the Plan by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

STEVEN BELL
303 MARLBOROUGH ROAD
BROOKLYN, NY 11226

BRUCE WEINER, ESQ.
ROSENBERG, MUSSO & WEINER LLP
26 COURT STREET
BROOKLYN, NY 11242

OCWEN
POB 6440
CAROL STREAM , IL 60197

HSBC BANK USA, NA
LEOPOLD & ASSOCIATES, PLLC
ATTORNEYS FOR MOVANT
80 BUSINESS PARK DRIVE, SUITE 110
ARMONK, NEW YORK 10504

This April 20, 2018

/s/Matthew R. Matz
Matthew R. Matz, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
125 Jericho Turnpike; Suite 105
Jericho, NY 11753
(516) 622-1340