# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
**Conrad B. Duberstein U.S. Courthouse**
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

---

IN RE:

    Steven Bell
    aka Steven Bell, Sr

                        Debtor

---

Case No.: 13-43566-nhl

Chapter: 13

## REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING BANKRUPTCY RULE 3002.1

The trustee having filed a notice of final cure payment under Bankruptcy Rule 3002.1(f), and the holder of a secured claim described in Bankruptcy Rule 3002.1(a) having filed a response under Bankruptcy Rule 3002.1(g), stating that the debtor has not paid in full the amount required to cure the default on the claim or is not current on post-petition payments on the claim, the Clerk's office is referring this matter to the Court for judicial determination.

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

[✓] The Clerk's Office is directed to issue a discharge, provided that all other requirements for entry of discharge are met.

[ ] The Clerk's Office is directed to close the case without issuing a discharge.

[ ] The Clerk's Office is directed not to issue a discharge pending further order of the Court for the following reason:
_____
_____

[ ] A hearing will be held on _____, _____, at _____, in Courtroom _____ of the U.S. Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein Courthouse, before the Honorable _____, at which hearing the Debtor shall appear and show cause why the discharge should enter in this case. If the Debtor does not appear at the hearing and show cause why the discharge should enter, the case may be closed without a discharge without further notice or hearing.

**Dated: October 13, 2018**
**Brooklyn, New York**

                        _____
                        **Nancy Hershey Lord**
                        **United States Bankruptcy Judge**