**Information to identify the case:**

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Steven Bell** | | | Social Security number or ITIN | **xxx−xx−9302** |
| | First Name | Middle Name | Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of New York**

Case number:  **1−13−43566−nhl**

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

- The Deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

- Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 13 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord
United States Bankruptcy Judge

Dated: October 30, 2018

**BLfnld13** [Final Decree 12/13 rev 12/01/15]